**United States District Court**
For the Northern District of California

1

2

3

4

5

6                     UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9  CHARLES MIKIEH,                              No. C-11-04629 DMR

10         Plaintiff(s),                        **ORDER CONTINUING CASE
                                                MANAGEMENT CONFERENCE**
11     v.

12 COUNTY OF SAN FRANCISCO, ET AL,

13         Defendant(s).
   _____/

14

15 TO ALL PARTIES AND COUNSEL OF RECORD:

16        The Initial Case Management Conference previously scheduled for May 23, 2012 has been

17 CONTINUED to **July 11, 2012 at 1:30 p.m.**,  Courtroom 4, 3rd Floor, U.S. District Court, 1301

18 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than **July**

19 **5, 2012.**

20        IT IS SO ORDERED.

21

22 Dated:  May 18, 2012

23 _____

24                                             DONNA M. RYU
                                               United States Magistrate Judge
25

26

27

28