**United States District Court**
For the Northern District of California

1
2
3
4
5
6          UNITED STATES DISTRICT COURT

7          NORTHERN DISTRICT OF CALIFORNIA

8

9  CHARLES MIKIEH,                         No. C-11-04629 DMR

10          Plaintiff(s),            **ORDER CONTINUING CASE**
                                     **MANAGEMENT CONFERENCE**
11      v.

12  COUNTY OF SAN FRANCISCO, ET AL,

13          Defendant(s).
    _____/
14

15  TO ALL PARTIES AND COUNSEL OF RECORD:

16          The Initial Case Management Conference previously scheduled for May 23, 2012 has been

17  CONTINUED to **July 11, 2012 at 1:30 p.m.**,  Courtroom 4, 3rd Floor, U.S. District Court, 1301

18  Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than **July**

19  **5, 2012.**

20          IT IS SO ORDERED.

21

22  Dated:  May 18, 2012

23          _____
                              DONNA M. RYU
24                    United States Magistrate Judge

25

26

27

28