**United States District Court**

For the Northern District of California

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9   CHARLES MIKIEH,                          No. C-11-04629 DMR

10              Plaintiff(s),                **ORDER CONTINUING CASE**
                                             **MANAGEMENT CONFERENCE**
11        v.

12   COUNTY OF SAN FRANCISCO, ET AL,

13              Defendant(s).
     _____/
14

15   TO ALL PARTIES AND COUNSEL OF RECORD:

16        The Case Management Conference previously scheduled for July 11, 2012 has been

17   CONTINUED to **September 5, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court,

18   1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than

19   August 29, 2012**.**

20        IT IS SO ORDERED.

21

22   Dated:  July 5, 2012

23                                           _____
                                             DONNA M. RYU
24                                           United States Magistrate Judge

25

26

27

28