UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES MIKIEH,

        Plaintiff(s),

    v.

COUNTY OF SAN FRANCISCO, ET AL,

        Defendant(s).
_____/

No. C 11-04629 DMR

**ORDER RE SANTA BARBARA SUPERIOR COURT DOCUMENTS**

On November 16, 2012, the parties filed a letter alerting the court that it would soon receive documents from the Santa Barbara Superior Court concerning the juvenile V.W. [Docket No. 42.] Now that the court has received the documents, it hereby ORDERS the parties to meet and confer, and, by December 21, 2012, to submit a joint discovery letter brief of no more than eight pages on whether the documents are relevant to this litigation, and whether and how the court should release them to the parties. In the joint letter, the parties must refer to specific documents when possible.

IT IS SO ORDERED.

Dated: December 5, 2012

DONNA M. RYU
United States Magistrate Judge