UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES MIKIEH,

        Plaintiff(s),

v.

COUNTY OF SAN FRANCISCO, ET AL,

        Defendant(s).
_____/

No. C-11-04629 DMR

**NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTER**

TO ALL PARTIES AND COUNSEL OF RECORD:

      The court is in receipt of the parties' joint letter regarding their discovery dispute. [Docket No. 45.] You are hereby notified that a hearing regarding the dispute is set for January 16, 2013 at 1:30 p.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. The hearing will be audio recorded, but not reported by a court reporter. Parties may arrange for transcription of the recording. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

      IT IS SO ORDERED.

Dated: January 9, 2013

                                      DONNA M. RYU
                                      United States Magistrate Judge