UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MIKIEH, | No. C-11-04629 DMR |
| Plaintiff(s), | **NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTER** |
| v. | |
| COUNTY OF SAN FRANCISCO, ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' joint letter regarding their discovery dispute. [Docket No. 45.] You are hereby notified that a hearing regarding the dispute is set for January 16, 2013 at 1:30 p.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. The hearing will be audio recorded, but not reported by a court reporter. Parties may arrange for transcription of the recording. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

IT IS SO ORDERED.

Dated: January 9, 2013

_____
DONNA M. RYU
United States Magistrate Judge