UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MIKICH, | No. C 11-04629 DMR |
| Plaintiff(s), | **ORDER RE JOINT STATEMENTS OF UNDISPUTED FACTS** |
| v. | |
| COUNTY OF SAN FRANCISCO, ET AL, | |
| Defendant(s). | |

Counsel are expected to work cooperatively and in good faith to prepare a joint statement of undisputed facts. If the court determines that a party did not participate in good faith in preparation of the joint statement (for example, refused to include facts that are clearly undisputed), that party may be subject to sanctions.

IT IS SO ORDERED.

Dated: January 17, 2013

_____
DONNA M. RYU
United States Magistrate Judge