ROBERT R. POWELL, ESQ.    CSB# 159747
DENNIS R. INGOLS, ESQ.    CSB# 236458
BRETT O. TERRY, ESQ.      CSB# 270694
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
(408) 553-0200 Telephone
(408) 553-0203 Facsimile
E: rpowell@rrpassociates.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| CHARLES MIKICH and ALEXIS MIKICH,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No: CV11-04629 DMR<br><br>[~~PROPOSED~~] ORDER EXCUSING CERTAIN PARTIES FROM PERSONALLY ATTENDING MARCH ~~7~~ 15, 2013 SETTLEMENT CONFERENCE |

On February 19, 2013, the parties submitted a joint motion to excuse Plaintiff Alexis Mikich and certain individual Defendants from personally attending the March ~~7~~ 15th, 2013 Settlement Conference. Upon review of the Motion, and good cause appearing, the Court hereby orders as follows:

//

//

---

[Proposed] Order re: Joint Motion to Excuse Certain
Parties from the Settlement Conference
Mikich et al, v. City/County of San Francisco, et al.
U.S. District Court – Northern District
Case No. CV11-04629 DMR

1

1. Plaintiff Alexis Mikich is excused from personally attending the March ~~7~~ 15th, 2013 Settlement Conference.

2. Plaintiff is to be available by telephone at all times during the Settlement Conference.

3. Defendant Dan Phillips and a representative of the City and County of San Francisco are excused from personally attending the March ~~7~~ 15th, 2013 Settlement Conference, with the understanding that Bonnie Dickerson shall attend, along with a person with full authority to recommend a settlement to the San Francisco Board of Supervisors.

**IT IS SO ORDERED.**

Date: 02/~~2~~8/2013

_____
Maria-Elena James
Chief United States Magistrate Judge

```
To all parties:  Due to the Court's heavy calendar schedule the
settlement conference presently scheduled for March 7, 2013 is CONTINUED
TO MARCH 15, 2013 AT 10:00 A.M.

 The Court's previously filed settlement conference order otherwise
 remains in full force and effect.

 IT IS SO ORDERED.
```

[Proposed] Order re: Joint Motion to Excuse Certain Parties from the Settlement Conference
Mikich et al, v. City/County of San Francisco, et al.
U.S. District Court – Northern District
Case No. CV11-04629 DMR

2