**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   CHARLES MIKICH,                          No. C-11-04629 DMR

12              Plaintiff(s),

13        v.                                  **JUDGMENT**

14   COUNTY OF SAN FRANCISCO, ET AL,

15              Defendant(s).

16   _____/

17        The Court, having granted Defendants' Motion for Summary Judgment, by Order filed

18   March 8, 2013, enters judgment in favor of Defendants and against Plaintiffs.

19

20        **IT IS SO ORDERED.**

21

22   Dated:  March 8, 2013

23                                            _____
                                             DONNA M. RYU
24                                           United States Magistrate Judge

25

26

27

28