```
 1  ROBERT R. POWELL, ESQ.   CSB# 159747
    DENNIS R. INGOLS, ESQ.    CSB# 236458
 2  BRETT O. TERRY, ESQ.      CSB# 270694
    LAW OFFICE OF ROBERT R. POWELL
 3  925 West Hedding Street
    San Jose, California 95126
 4  (408) 553-0200 Telephone
    (408) 553-0203 Facsimile
 5  E: rpowell@rrpassociates.com
 6
 7  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| CHARLES MIKICH and ALEXIS MIKICH,<br><br>Plaintiffs,<br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. CV11-04629 DMR<br><br>[Proposed] ORDER EXCUSING PLAINTIFF ALEXIS MIKICH FROM PERSONALLY ATTENDING THE SEPTEMBER 28, 2015 SETTLEMENT CONFERENCE PURSUANT TO DOCKET #91 |

On July 29, 2015, Plaintiffs submitted a motion to excuse Plaintiff Alexis Mikich from personally attending the September 28, 2015 Settlement Conference. Upon review of the Motion, and good cause appearing, the Court hereby orders as follows:

1.   Plaintiff Alexis Mikich is excused from personally attending the September 28, 2015 Settlement Conference.

2.   Plaintiff Alexis Mikich is to be available by telephone at all times during the

//

//

//

---

[Proposed] Order re: Motion to Excuse
Alexis Mikich from Settlement Conference
Mikich et al, v. City/County of San Francisco, et al.
U.S. District Court – Northern District                1
Case No. CV11-04629 DMR

1 Settlement Conference.

2 **IT IS SO ORDERED.**

3

4 ~~Date: July _____, 2015~~ 

10 DATED: September 24, 2015

[Proposed] Order re: Motion to Excuse
Alexis Mikich from Settlement Conference
Mikich et al, v. City/County of San Francisco, et al.
U.S. District Court – Northern District            2
Case No. CV11-04629 DMR