UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MIKICH, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No.  11-cv-04629-DMR<br><br>**ORDER VACATING ALL PENDING CASE DEADLINES**<br><br>Re: Dkt. No. 104 |

This case is set for trial commencing November 2, 2015. The Hon. Maria-Elena James conducted a settlement conference on September 28, 2015 during which the parties reached a full settlement of this case, subject only to approval by the San Francisco Board of Supervisors. Docket No. 104. In light of this development, the court now vacates all pending case deadlines. The parties are ordered to file a joint status report within 30 days of the date of this order.

**IT IS SO ORDERED**.

Dated: October 1, 2015

_____

DONNA M. RYU
United States Magistrate Judge