UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MIKICH, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No.  11-cv-04629-DMR<br><br>**ORDER REQUIRING JOINT STATUS REPORT** |

The court is in receipt of the parties' joint status report regarding the status of the settlement of this case.  [Docket No. 106.]  The parties have represented that they are in the process of finalizing the settlement and securing the necessary approvals.  The parties are ordered to file a joint status report within 60 days of the date of this order.

**IT IS SO ORDERED.**

Dated: November 5, 2015

_____
Donna M. Ryu
United States Magistrate Judge